**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ANDREW NICOLAS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESSEX MANAGEMENT CORPORATION, a foreign profit corporation; ESSEX PROPERTY TRUST, INC. d/b/a ESSEX PROPERTY, INC., a foreign profit corporation; REALPAGE, INC., a foreign profit corporation; and YARDI SYSTEMS, LLC, a foreign limited liability company,<br><br>Defendants. | Case No. 2:26-cv-02770-JHC<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**AND**<br><br>**ORDER**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 14, 2026** |

Plaintiff ANDREW NICOLAS ("Plaintiff") and Defendants ESSEX MANAGEMENT CORPORATION, ESSEX PROPERTY TRUST, INC. (collectively, "Essex"), REALPAGE, INC. ("RealPage"), and YARDI SYSTEMS, LLC ("Yardi") (and together with Essex and RealPage, "Defendants," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move pursuant to LCR 7(d)(1), 7(j), and 10(g) to extend the deadline for Defendants to respond to the Complaint as follows:

**WHEREAS**, on July 2, 2026, Plaintiff filed the Complaint ("Complaint") in the Superior

Court of the State of Washington, County of King, Case No. 26-2-21397-9 SEA;

**WHEREAS**, Defendant Essex was served with a summons and the Complaint on July 6, 2026, and Defendants RealPage and Yardi were served with a summons and the Complaint on July 7, 2026;

**WHEREAS**, the Parties stipulated to and were granted an extension of the deadline to respond to the Complaint until August 26, 2026;

**WHEREAS**, on August 5, 2026, pursuant to 28 U.S.C. §§ 1332(d) and 1441(a), Defendants noticed the removal of this action to the United States District Court for the Western District of Washington;

**WHEREAS**, pursuant to 28 U.S.C. § 1450, Defendants' current deadline to respond to the Complaint in this Court is August 26, 2026;

**WHEREAS**, the Parties jointly request a thirty-six (36) day extension of Defendants' deadline to respond to the Complaint, through and including October 1, 2026;

**WHEREAS**, good cause exists for the requested extension because Defendants require additional time to investigate the allegations in the Complaint, evaluate Plaintiff's claims and Defendants' potential defenses, coordinate among counsel, and prepare their response to the Complaint, and the requested extension will permit the Parties to continue discussions that may narrow the issues in dispute and avoid unnecessary motion practice, thereby conserving the resources of the Parties and the Court;

**WHEREAS**, this is the Parties' first request to extend Defendants' deadline to respond to the Complaint in this Court;

**WHEREAS**, the requested extension will not affect any other dates or deadlines established by the Court because no scheduling order has been entered in this matter, and no party will be prejudiced by the requested extension;

**WHEREAS**, the Joint Stipulated Motion is filed in advance of the current response deadline and the requested extension is made in good faith, will not prejudice any party, and will not affect any other deadlines in this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties:

Defendants Essex Management Corp.'s; Essex Property Trust, Inc.'s; RealPage, Inc.'s; and Yardi Systems, LLC's deadline to respond to the Complaint is extended from August 26, 2026, through and including October 1, 2026.

**ORDER**

**IT IS SO ORDERED.**

DATED this 17th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE