**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

ANDREW NICOLAS, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

ESSEX MANAGEMENT CORPORATION, a foreign profit corporation; ESSEX PROPERTY TRUST, INC. d/b/a ESSEX PROPERTY, INC., a foreign profit corporation; REALPAGE, Inc., a foreign profit corporation; and YARDI SYSTEMS, LLC, a foreign limited liability company,

Defendants.

Case No. 2:26-cv-02770-JHC

**ORDER GRANTING UNOPPOSED MOTION FOR EXCEPTION TO LOCAL CIVIL RULE 83.1(d)(2) REGARDING PRO HAC VICE ADMISSION**

The Court, having considered Defendants Essex Management Corporation and Essex Property Trust, Inc. ("Essex Defendants")'s Unopposed Motion for Exception to Local Civil Rule 83.1(d)(2) Regarding Pro Hac Vice Admission (Dkt. # 18), ORDERS as follows:

The Court GRANTS the Motion. Essex Defendants' local counsel, Helen C. Eckert, is a member of the Washington bar, admitted to practice in this District, and lives and works in this District. The Court finds that this justifies an exception to the literal application of LCR 83.1(d)(2) (requiring local counsel to have a physical office in this District). Ms. Eckert may serve as local counsel for the Essex Defendants, for purposes of Leo Caseria's forthcoming *pro hac vice* application. Mr. Caseria must submit a separate Application for Leave to Appear *Pro Hac Vice* as detailed in LCR 83.1(d)(1).

**IT IS SO ORDERED.**

Dated: September 18, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE