**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ANDREW NICOLAS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESSEX MANAGEMENT CORPORATION, a foreign profit corporation; ESSEX PROPERTY TRUST, INC. d/b/a ESSEX PROPERTY, INC., a foreign profit corporation; REALPAGE, INC., a foreign profit corporation; and YARDI SYSTEMS, LLC, a foreign limited liability company,<br><br>Defendants. | Case No. 2:26-cv-02770-JHC<br><br>**JOINT STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**AND**<br><br>**ORDER** |

Plaintiff ANDREW NICOLAS ("Plaintiff") and Defendants ESSEX MANAGEMENT CORPORATION, ESSEX PROPERTY TRUST, INC. (collectively, "Essex"), and REALPAGE, INC. ("RealPage") (and together with Essex and RealPage, "Defendants,"[1] and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move pursuant to LCR 7(d)(1), 7(j), and 10(g) to extend the deadline for Defendants to respond to

[1] Defendant Yardi Systems, LLC ("Yardi") is the only party that does not join this stipulation. Even though Plaintiff has agreed to amend the Complaint to narrow the allegations and claims currently therein, Yardi has indicated that it will move to dismiss the current operative complaint by October 1, 2026.

the Complaint as follows:

**WHEREAS**, on July 2, 2026, Plaintiff filed the Complaint ("Complaint") in the Superior Court of the State of Washington, County of King, Case No. 26-2-21397-9 SEA;

**WHEREAS**, Defendant Essex was served with a summons and the Complaint on July 6, 2026, and Defendant RealPage was served with a summons and the Complaint on July 7, 2026;

**WHEREAS**, the Parties stipulated to and were granted an extension of the deadline to respond to the Complaint until August 26, 2026;

**WHEREAS**, on August 5, 2026, pursuant to 28 U.S.C. §§ 1332(d) and 1441(a), Defendants noticed the removal of this action to the United States District Court for the Western District of Washington;

**WHEREAS**, on August 14, 2026, the Parties filed a Stipulated Motion to Extend Time for Defendants to Respond to the Complaint;

**WHEREAS**, on August 17, 2026, the Court granted the Parties Stipulated Motion to Extend Time for Defendants to Respond to the Complaint and extended Defendants' deadline to respond to the Complaint until October 1, 2026;

**WHEREAS**, the Parties continue to engage in productive discussions about the substance of the Complaint and Plaintiff has agreed to amend the Complaint to narrow the allegations and claims currently therein;

**WHEREAS**, the Parties jointly request the Court (a) relieve Defendants of their obligation to respond to the Complaint on October 1, 2026, given Plaintiff's forthcoming amendment, (b) extend Defendants' deadline to respond to and or move to dismiss Plaintiff's forthcoming amended complaint to sixty (60) days after Plaintiff files his Amended Complaint; Plaintiff shall have until sixty (60) days after Defendants file their response or move to dismiss to file a Second Amended complaint, or, file any opposition to any motion to dismiss; Defendants shall file any reply no later than thirty (30) days after Plaintiff files any opposition to any motion to dismiss;

**WHEREAS**, good cause exists for the requested extension because Defendants require

additional time to investigate the allegations in the Complaint, evaluate Plaintiff's claims and Defendants' potential defenses, coordinate among counsel, and prepare their response to the Complaint, and the requested extension will permit the Parties to continue discussions that may narrow the issues in dispute and avoid unnecessary motion practice, thereby conserving the resources of the Parties and the Court;

**WHEREAS**, because Plaintiff has advised that he intends to file an Amended Complaint that will supersede the operative Complaint, requiring Defendants to respond to the current Complaint in the interim would be inefficient and would likely necessitate successive rounds of responsive pleadings, such that deferring Defendants' response until sixty (60) days after the Amended Complaint is filed will conserve the resources of the Parties and the Court;

**WHEREAS**, this is Plaintiff and Defendants Essex and RealPage's second request to extend Defendants' deadline to respond to the Complaint in this Court;

**WHEREAS**, the requested extension will not affect any other dates or deadlines established by the Court because no scheduling order has been entered in this matter, and no party will be prejudiced by the requested extension;

**WHEREAS**, the Joint Stipulated Motion is filed in advance of the current response deadline and the requested extension is made in good faith, will not prejudice any party, and will not affect any other deadlines in this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties:

1. Plaintiff shall file an amended complaint by no later than October 13, 2026.
2. Defendants Essex Management Corporation, Essex Property Trust, Inc., and RealPage, Inc.'s deadline to respond to the Complaint is extended from October 1, 2026 to sixty (60) days after Plaintiff files an amended complaint.
3. Plaintiff shall have until sixty (60) days after Defendants file their response or move to dismiss to file a Second Amended complaint, or, file any opposition to any motion to dismiss.
4. Defendants shall file any reply no later than thirty (30) days after Plaintiff files any opposition to any motion to dismiss.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT

Dated: September 30, 2026

**EMERY | REDDY, PC**

By: /s/ *Timothy W. Emery (by permission)*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cirpriana, WSBA No. 59991
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-97106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

BURSOR & FISHER, P.A.
Yitzchak Kopel (admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiff*

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Emily J. Harris*

Emily J. Harris, WSBA No. 35763
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue | Floor 10
Seattle, WA 98104
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
sfogg@corrcronin.com
eharris@corrcronin.com

Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7296

*Attorneys for Defendant RealPage, Inc.*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ *Helen C. Eckert (by permission)*

Helen C. Eckert, WSBA No. 52405
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434.9100
heckert@sheppard.com

*Attorneys for Defendants Essex Management Corp. and Essex Property Trust, Inc.*